FILED

2026 Jan-22  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**CHELSEA YVETTE WALKER,**            ]

       **Plaintiff,**                            ]

**v.**                                             ]            **2:25-cv-1871-ACA**

**JEFFERSON COUNTY, ALABAMA,**   ]

       **Defendant.**                           ]

### MEMORANDUM OPINION

After Plaintiff Chelsea Yvette Walker failed to comply with a magistrate judge's order to replead her complaint, the court ordered her to show cause why the court should not dismiss this action for failure to prosecute and failure to comply with a court order. (Docs. 4, 5, 7). The deadline to respond to that order has passed without a response. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute and to comply with a court order.

**DONE** and **ORDERED** this January 22, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE